**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. W-12-CR-236-ADA** |
| | § | |
| **VALENTIN FELIPE DELOSSANTOS** | § | |

**REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

TO:  THE HONORABLE ALAN D ALBRIGHT,
     UNITED STATES DISTRICT JUDGE

The undersigned submits this Report and Recommendation to the district judge pursuant to 28 U.S.C. § 636(b) and Rule 1 of Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, Local Rules for the Assignment of Duties to United States Magistrate Judges. Before the Court is the petition of the United States Probation Office recommending the revocation of the Defendant's term of supervision. The district judge referred the matter to the undersigned for the preparation of a report and recommendation.

## I. PROCEDURAL BACKGROUND

The Defendant was convicted of Possession of a Firearm by a Convicted Felon in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2). The Court sentenced the Defendant to sixty (60) months, followed by three (3) years of supervised release; $100.00 special assessment; $1,000.00 fine; and special sex offender conditions. The Defendant was released to supervision on June 30, 2022. On July 17, 2023, the United States Probation Office filed a Petition for Warrant or Summons for Offender Under Supervision, alleging the Defendant violated the terms of his supervision and seeking a show-cause hearing as to why the Defendant's supervision should not

1

be revoked. The petition alleges the Defendant violated the terms of his supervision in the following instances:

> **Violation Number 1:** The defendant violated his special condition, in that on or about May 8, 2023, he failed to complete sex offender treatment as ordered.
>
> **Violation Number 2:** The defendant violated his special condition, in that on or about February 24, 2023, he failed to follow all other lifestyle restrictions or treatment requirements imposed by the sex offender treatment provider.
>
> **Violation Number 3:** The defendant violated his special condition, in that on or about April 29, 2023, he failed to follow all other lifestyle restrictions or treatment requirements imposed by the sex offender treatment provider.
>
> **Violation Number 4:** The defendant violated his mandatory condition number 1, in that on or about April 28, 2023, the U.S. Attorney's Office located in the Western District of Texas – Waco Division, alleged that the defendant committed the crime of Distribution of at Least 50 Grams of Methamphetamine – a Schedule II Controlled Substance, a class "B" felony, in violation of 21 U.S.C §§ 841(a)(1) and 841(b)(1)(B)(viii).

At the hearing, Defendant pleaded TRUE as to violation numbers 1, 2, 3, and 4, and orally requested that the sentencing phase of this proceeding be continued and scheduled for the same time as sentencing in his co-pending case 6:23-CR-131(1). The Government had no objection to the requested continuance of his sentencing in this proceeding. The Government then presented evidence that would support a finding of TRUE, by a preponderance of the evidence, as to the violations.

## II. FINDINGS OF THE COURT

1. The Defendant violated the conditions of his supervision as alleged in the petition.

2. The Defendant was competent to make the decision to enter a plea to the allegations.

3. The Defendant had both a factual and rational understanding of the proceedings against him.

4. The Defendant did not suffer from any physical or mental impairment that would affect his ability to fully understand the charges against him or the consequences of his plea.

5. The Defendant has not had any injury that would affect his judgment in entering a plea or that would affect his understanding of the basis, consequences, or effect of his plea.

6. The Defendant was sane and mentally competent to stand trial for these proceedings.

7. The Defendant was sane and mentally competent to assist his attorney in the preparation and conduct of his defense.

8. The Defendant received a copy of the petition naming him, and he either read it or had it read to him.

9. The Defendant understood the petition and the charges alleged against him and had the opportunity to discuss the petition and charges with his attorney.

10. The Defendant understood that he had the right to present evidence and to cross-examine witnesses at the hearing.

11. The Defendant freely, intelligently, and voluntarily entered his plea to the allegations.

12. The Defendant understood his statutory and constitutional rights and desired to waive them.

### III.  RECOMMENDATION

The undersigned has carefully considered all the arguments and evidence presented by the parties and **RECOMMENDS** that the Defendant's plea of TRUE be accepted, and that his sentencing phase be scheduled to occur at the same time as the sentencing phase of his co-pending case, Case Number 23-CR-131 (1).

### IV.  WARNINGS

The parties may file objections to this Report and Recommendation. A party filing objections must specifically identify those findings or recommendations to which objections are being made. The district court need not consider frivolous, conclusive, or general objections. *See Battles v. United States Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987).

A party's failure to file written objections to the proposed findings and recommendations contained in this Report within fourteen (14) days after the party is served with a copy of the Report shall bar that party from de novo review by the district judge of the proposed findings and recommendations in the Report and, except upon grounds of plain error, shall bar the party from appellate review of unobjected-to proposed factual findings and legal conclusions accepted by the district judge. *See* 28 U.S.C. 636(b)(1)(C); *Thomas v. Arn*, 474 U.S. 140, 150-53 (1985); *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc).

SIGNED this 6th day of March, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

4